U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2023 APR -6 PM 12:46
CLERK
BY [signature]
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.

OTMANE KHALLADI, a.k.a. "OT,"
Defendant.

Docket No. 2:23-cr-34-1

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

From in or about early 2022 through in or about late 2022, in the District of Vermont and elsewhere, the defendant, OTMANE KHALLADI, a.k.a. "OT," with others, known and unknown to the grand jury, having devised and intending to devise a scheme to defraud and to obtain money by means of false and fraudulent pretenses, representations, and promises, conspired to transmit and cause to be transmitted by means of wire communication in interstate commerce, writings, signs, signals, pictures, and sounds for the purpose of executing the scheme.

(18 U.S.C. §§ 1343, 1349)

COUNT TWO

From in or about early 2022 through in or about late 2022, in the District of Vermont and elsewhere, the defendant, OTMANE KHALLADI, a.k.a. "OT," did knowingly combine, conspire, and agree with other persons known and unknown, to commit an offense against the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is monetary funds, knowing that the transactions were designed in whole or in part to promote the carrying on of the specified unlawful activity, namely the offense alleged in Count One, and that while conducting and attempting to conduct such financial transactions knew that the monetary funds involved in the financial transactions represented the proceeds of some form of unlawful activity.

(18 U.S.C. §§ 1956(h), 1956(a)(1)(A)(i))

A TRUE BILL

REDACTED

FOREPERSON

NIKOLAS P. KEREST (NTB)
United States Attorney
Burlington, Vermont
April 6, 2023