AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2023 MAY -4 PM 4:27
CLERK
BY AL
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

District of Vermont

United States of America
v.
OTMANE KHALLADI, a.k.a. "OT"
*Defendant*

Case No. 2:23-cr-34-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* OTMANE KHALLADI,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1343, 1349: wire fraud conspiracy

18 U.S.C. §§ 1956(h), 1956(a)(1)(A)(i): money laundering conspiracy

Date: 4/6/2023

Lisa Wright
*Issuing officer's signature*

City and state: Burlington, VT

Lisa Wright, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 4/6/23, and the person was arrested on *(date)* 4/12/23
at *(city and state)* Miami, FL.

Date: 5/4/23

[signature]
*Arresting officer's signature*

Carl Staley SDUSM
*Printed name and title*

On behalf of S/FL