UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 2:23-cr-00034-1 |
| | ) | |
| OTMANE KHALLADI, | ) | |
| Defendant. | ) | |

**ORDER**

On February 5, 2024, Defendant, Otmane Khalladi, moved to continue the filing date for pretrial motions for thirty (30) days. Defendant indicates that his pretrial motions were due on February 4, 2024, and that this is his third request for a continuance.

Defense counsel notes several reasons for requesting a filing extension for pretrial motions. First, there is a large amount of discovery in this case, including electronic discovery. Second, the alleged criminal scheme covers acts in several states. Third, several of the witnesses are from out of state. Finally, Mr. Khalladi is from out of state. Counsel requires additional time to review the evidence against the defendant and conduct any necessary investigation.

Additional time for counsel to review the discovery, to conduct defense investigation and to discuss the evidence with the defendant will inform counsel's strategic decision-making about the case, will inform counsel's evaluation of potential pretrial motions, and will inform counsel's discussions with the government. The defendant should be provided the opportunity to receive an accurate assessment of the evidence in his case before deciding whether to file any pretrial motions or enter into a plea agreement.

The defense asserts that these factors all support a continuance under 18 U.S.C. § 3161(h)(7)(B)(i).

The government, through Assistant United States Attorney Nathanael Burris, does not have

an objection to this motion.

The Court, having considered this application, finds that the failure to grant this continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Finally, the Court finds that the additional time granted will be, and is, excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the Defendant's Motion is GRANTED. Pretrial motions are to be filed on or before March 5, 2024. A pretrial conference or change of plea hearing is scheduled on Monday, March 11, 2024 at 11:00 a.m.

Dated at Burlington, Vermont this 6th day of February, 2024.

/s/ William K. Sessions III
William K. Sessions III
U.S. District Court Judge